IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*



FILED IN OPEN COURT

MAY 1 8 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CRIMINAL NO. 2:16cr 78 |
| v. | ) |
|  | ) 21 U.S.C. § 846 |
| BRIDGET SHEILA CALCAGNI, | ) Conspiracy to Distribute and Possess |
|  a/k/a "Isabella," | ) with Intent to Distribute Methamphetamine |
|  | ) (Count 1) |
|  | ) |
|  | ) 21 U.S.C. § 841(a)(1) |
| *Defendant.* | ) Possess with Intent to Distribute |
|  | ) Methamphetamine |
|  | ) (Counts 2 and 3) |
|  | ) |
|  | ) 18 U.S.C. § 924(d), 21 U.S.C. § 853, |
|  | ) 28 U.S.C. § 2461 |
|  | ) Criminal Forfeiture |

## INDICTMENT

May 2016 Term - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about January of 2015 and continuing thereafter until on or about May 7, 2015, in the Eastern District of Virginia, the defendant, BRIDGET SHEILA CALCAGNI, a/k/a "Isabella," did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown, to commit one or more of the following offenses:

1.  To unlawfully, knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, commonly known as "ice," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

(In violation of Title 21, United States Code, Section 846).

## COUNT TWO

On or about May 7, 2015, at Virginia Beach, in the Eastern District of Virginia, the defendant, BRIDGET SHEILA CALCAGNI, a/k/a "Isabella," did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, commonly known as "ice," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## COUNT THREE

On or about May 7, 2015, at Norfolk, in the Eastern District of Virginia, the defendant, BRIDGET SHEILA CALCAGNI, a/k/a "Isabella," did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, commonly known as "ice," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).)

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER ALLEGES AND FINDS PROBABLE CAUSE THAT:

1. The defendant, BRIDGET SHEILA CALCAGNI, a/k/a "Isabella," if convicted of any of the violations alleged in this Indictment, as part of the sentencing of the defendant pursuant to F.R.Cr.P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

    a. Any property, real or personal used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

    b. Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation;

    c. Any firearm or ammunition used in or involved in the violation; and,

    d. Any other property of the defendant up to the value of the property subject to forfeiture above, if any property subject to forfeiture above, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be subdivided without difficulty.

(All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).)

*United States v. Bridget Sheila Calcagni, a/k/a "Isabella"*
Criminal No. 2:16cr 78

A TRUE BILL:

*Redacted*
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov